Case: 4:23-cv-11650
Assigned To : Behm, F. Kay
Referral Judge: Grand, David R.
Assign. Date : 7/11/2023
Description: PRIS FELLS V. LAYTON, ET AL (DJ

Stanlee Fells

v

David Layton, Karen Hansen

Federal Jurisdiction
42 U.S.C 1983

## Civil Action

Defendants David Layton and Karen Hanson violated my unalienable rights all including: Seperation of Powers, the 4th, 5th, 6th, 8th, 10th, and 14th amendment, oath of office, substantial and procedural Due Process, Declaration of Independence, preamble, U.S constitution Art 1 §10; Art 4 ¶¶ 1 ¶ 2, and Bill of attainder when attempting to prosecute me and are unlawfully imprisoning me under an unlawful Prosecution Procedure. They are continuously depriving me of my inalienable rights without my consent. I do not consent to any of these violations.

_____    7-3-23
                              Date

Starke Fells # 1668443
1002 S. Saginaw St
Flint, Mi 48502

METROPLEX MI 480
5 JUL 2023 PM 15 FOREVER

U.S District Court
231 Lafayette Blvd
Detroit, Mi 48226

48226-279426